**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**SIG Doboy, Inc.,**

**Plaintiff,**

**vs.**

**Werner Enterprises,**

**Defendant and**
**Third-Party Plaintiff,**

**vs.**

**Auction Trucking,**

**Third-Party Defendant.**

**Case No. 02-352 ADM/AJB**

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their respective counsel, that the above action by plaintiff SIG Doboy, Inc. against defendant Werner Enterprises may be and hereby is dismissed with prejudice and on the merits, but without costs to either SIG Doboy, Inc. or Werner Enterprises.

**IT IS FURTHER STIPULATED AND AGREED**, that the Clerk of said Court, upon the filing of this Stipulation, is hereby authorized and directed to dismiss the above action by SIG Doboy against defendant Werner Enterprises.

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

Dated: 11-11-02

BRIGGS AND MORGAN, P.A.

By: ______________________
Philip R. Schenkenberg (260551)
Attorneys for Plaintiff SIG Doboy, Inc.
2200 First National Bank Building
332 Minnesota Street
St. Paul, MN 55101
(651) 223-6600

Dated: 11-6-02

**LARSON • KING, LLP**

By : ______________________
Mark A. Solheim (213226)
Charles A. Gross (254174)
Attorneys for Defendant and Third-Party
Plaintiff Werner Enterprises
2800 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101
(651) 312-6503

**ORDER**

On reading and filing the above and foregoing Stipulation:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above action by plaintiff SIG Doboy, Inc. against defendant Werner Enterprises may be and hereby is dismissed with prejudice on the merits and without costs to either SIG Doboy, Inc. or Werner Enterprises.

**IT IS FURTHER ORDERED AND ADJUDGED** that default judgment be entered in favor of Werner Enterprises, against Third-Party Defendant Auction Trucking in the amount of $87,500.00, pursuant to this Court's finding at the hearing in this matter regarding Werner Enterprises' Motion for Default Judgment Against Auction Trucking on August 29, 2002, in which this Court found Auction Trucking in default in this matter. Werner Enterprises' claim against Auction Trucking is for $87,500.00. Therefore, that amount shall be entered as judgment against the defaulting party, Auction Trucking, pursuant to this Court's directive at the hearing on August 29, 2002.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Nov. 14, 2002

BY THE COURT:

The Honorable Ann D. Montgomery
U.S. District Court Judge

lk_library:52599